UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| JAMES D. LUEDTKE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:12-CV-44-KKC |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BERKEBILE, WARDEN, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

(1) Judgment is **ENTERED** in favor of the Respondent, David Berkebile, Warden, USP-Big Sandy.

(2) This matter is **STRICKEN** from the Court's active docket.

Dated this 1st day of June, 2012.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge